# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BINH THANH NGUYEN,

   Petitioner,

  v.

MARK BOWEN, et al.,

   Respondents.

Case No. 5:26-cv-01809-SPG-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Judgment be entered GRANTING the petition; (2) a writ of habeas corpus be issued requiring Petitioner's immediate release and preventing Respondents from re-detaining Petitioner without notice and an opportunity to be heard; and

(3) Respondents shall file a status report within seven (7) days confirming that Petitioner has been released.

DATE: April 22, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2