JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH THANH NGUYEN,<br><br>        Petitioner,<br><br>    v.<br><br>MARK BOWEN, et al.,<br><br>        Respondents. | Case No. 5:26-cv-01809-SPG-MBK<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: April 22, 2026



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE